1. GOLDSMITH & BURNS
   ATTORNEY FOR THE PLAINTIFF
2.    18425 BURBANK BLVD., SUITE 708
      TARZANA, CA  91356
3.    318-708-2585
   Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | COURT NO: 90 A 90053 |
|---|---|
| Plaintiff, | |
| v. | DEFAULT JUDGMENT |
| MICHELLE J. MONTGOMERY | |
| Defendant(s). | |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from MICHELLE J. MONTGOMERY the sum of $1,700.00 as principal, $581.23 as accrued prejudgment interest, $0 administrative charges, and $104.00 costs, plus $370.00 attorney fees for a total amount of $2,755.23 plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: ~~March 8, 1990~~
APR 9 1990

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: __LINDA CHAI__
Deputy Clerk